IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00326-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SANTOS GARCIA-CASTRO,
    a.k.a. Jose Garcia-Castro,
    a.k.a. Jose Castro Garcia,
    a.k.a. William Delgadillo-Garcia,
    a.k.a. Antonio Castillo-Audelo,
    a.k.a. Jose Alfonso Garcia-Castro,
    a.k.a. Victor Valenzuela-Arvayo,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

SEP - 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER

Upon application of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring the United States Marshal to produce the defendant before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this \_\_\_\_4TH\_\_\_\_ day of September, 2007.

_____
~~MARCIA S. KRIEGER, JUDGE~~
~~UNITED STATES DISTRICT~~
~~DISTRICT OF COLORADO~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO