UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00326-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE SANTOS GARCIA-CASTRO,
a/k/a Jose Garcia-Castro,
a/k/a Jose Castro Garcia,
a/k/a William Delgadillo-Garcia,
a/k/a Antonio Castillo-Audelo,
a/k/a Jose Alfonso Garcia-Castro
a/k/a Victor Valenzuela-Arvayo,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#17)** on November 8, 2007, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **Monday, January 14, 2008,** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.	The final trial preparation conference set for December 13, 2007, and the December 17, 2007, trial date are **VACATED**.

DATED this 9th day of November, 2007.

BY THE COURT:

Marcia S. Krieger
United States District Judge