UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00326-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE SANTOS GARCIA-CASTRO,
a/k/a Jose Garcia-Castro,
a/k/a Jose Castro Garcia,
a/k/a William Delgadillo-Garcia,
a/k/a Antonio Castillo-Audelo,
a/k/a Jose Alfonso Garcia-Castro
a/k/a Victor Valenzuela-Arvayo,

      Defendant.

---

### ORDER

---

THIS MATTER comes before the Court on the Motion to Continue Change of Plea Hearing (Motion) **(#19)** filed January 8, 2008. Having reviewed the Motion, the Court

**FINDS** that good cause exists for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the Change of Plea Hearing currently scheduled for January 14, 2008, at 8:30 a.m. is **VACATED** and reset to March 3, 2008, at 10:00 a.m. The matter will be heard along with the hearing on the Petition to Revoke Supervised Release in Docket No. 07-cr-00453-MSK.

DATED this 9th day of January, 2008.

                                                             **BY THE COURT:**

Marcia S. Krieger
United States District Judge