UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00326-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE SANTOS GARCIA-CASTRO,
a/k/a Jose Garcia-Castro,
a/k/a Jose Castro Garcia,
a/k/a William Delgadillo-Garcia,
a/k/a Antonio Castillo-Audelo,
a/k/a Jose Alfonso Garcia-Castro
a/k/a Victor Valenzuela-Arvayo,

    Defendant.

## ORDER AND NOTICE OF HEARING ON MOTION TO WITHDRAW

**IT IS HEREBY ORDERED** that a hearing will be held on **February 25, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the Motion to Withdraw [#23].

    DATED this 20th day of February, 2008.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger* (signature)

                                      Marcia S. Krieger
                                      United States District Judge